IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| PALISADES COLLECTIONS LLC., Plaintiff and Counterclaim Defendant, | § § § § | |
| v. | § § | |
| CHARLENE SHORTS, Defendant and Counterclaim Plaintiff, | § § § § § | Case No. 5:07-W-98 |
| v. | § § | |
| PALISADES COLLECTIONS LLC and AT&T MOBILITY LLC and AT&T MOBILITY CORPORATION, Counterclaim Defendants. | § § § § | |

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Mazin Sbaiti, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTERED: September 11, 2007

_____
United States District Judge