IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| PALISADES COLLECTIONS LLC., <br>     Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> CHARLENE SHORTS, <br>     Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> PALISADES COLLECTIONS LLC and AT&T MOBILITY LLC and AT&T MOBILITY CORPORATION, <br>     Counterclaim Defendants. | Case No. 5:07-W-98 |

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Jonathan Bridges, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTERED: September 11, 2007

_____
Irene M. Keeley
United States District Judge